FILED
7/3/19 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| **Barbara A. Price**     **Debtor** | :CHAPTER 13 |
| ------------------------------------------------- | :CASE NO: 17-21535-GLT |
| | :     _____ |
| MTGLQ Investors, L.P. | : 11 *U.S.C.* § 362(d) |
| | : |
| | : Date and Time of Hearing: July 17, 2019 |
| | : at 9:30 a.m. |
|     Movant | : |
| v. | : |
| | : |
| Barbara A. Price | : Response Due: July 1, 2019 |
|     Debtor | : |
| and | :   Related Dkt. No. 59 |
| | : |
| Ronda Winnecour, Esq. (Trustee) | : |
| | : |
|     Respondents | : |
| ----------------------------------------------------- | : |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This __3rd__ day of __July__, 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

It is **ORDERED,** that the above-captioned Motion is granted insofar as it requests relief from the automatic stay as to 119 Cross St., Buena Vista PA 15019 imposed by 11 U.S.C. §362

Movant shall, within (5) days hereof, service a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service

Dated: 7/3/19

Gregory L. Taddonio   hct
United States Bankruptcy Judge

CC:   Barbara A. Price (debtor)
     Brian Caine, Esq.